IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RONALD GOOCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-cv-02326-JTF-tmp |
| ) | |
| TGI FRIDAY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**ORDER DISMISSING CASE**

Before the Court is Pro Se Plaintiff Ronald Gooch's Complaint, filed May 20, 2013. (D.E. #1). On May 22, 2013, this case was referred to the Magistrate for Report and Recommendation, pursuant to 28 U.S.C. §§631-39. (D.E. #25). On November 19, 2013, the Magistrate entered her Report and Recommendation, recommending that the case be dismissed *sua sponte*, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. No objections were filed in this matter.

After reviewing the Magistrate Judge's Report and Recommendation and the entire record, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that this case is DISMISSED.

IT IS SO ORDERED this 18th day of December, 2013.

                                                BY THIS COURT:

                                                *s/John T. Fowlkes, Jr.*
                                                JOHN T. FOWLKES, JR.
                                                United States District Judge